UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHALONA GOREE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-1165

Hon. Hala Y. Jarbou

## ORDER

On May 11, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be affirmed (ECF No. 24). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 25, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date: May 27, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE